# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Robert E. Tucker,

              Plaintiff,      Case No. 19-12514

v.                                  Judith E. Levy
                                  United States District Judge

Devonte Brooks, *et al*,

                                  Mag. Judge Stephanie Dawkins
            Defendants.    Davis

_____/

## ORDER TO PRODUCE DISCOVERY

The parties held a telephone conference for this case on December 17, 2019. Because Defendant City of Detroit has not yet answered Plaintiff Robert E. Tucker's October 22, 2019 discovery requests, the Court orders the following:

**By close of business on December 17, 2019**, Defendant shall inform Plaintiff as to whether the Detroit Police Department received any kind of citizen, internal affairs, or other complaint pertaining to the arrest and confinement of Robert E. Tucker from approximately August 31, 2017 to September 15, 2017. If such complaints exist, Defendant shall

inform Plaintiff as to when Plaintiff will receive the requested documents related to the complaint investigations;

**By close of business on December 18, 2019,** Defendant shall formally answer Plaintiff's October 22, 2019 interrogatories. If Defendant does not have the information requested in the interrogatories, Defendant will indicate, to the best of its knowledge, who does. Defendant shall also provide all pertinent reports pertaining to the internal affairs investigation request, or if such items do not exist, indicate as much; and

**By close of business on December 27, 2019**, Defendant shall postmark all outstanding items in the discovery request.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: December 17, 2019<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 17, 2019.

s/William Barkholz
Case Manager
